IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Axelrod, Shirlene M | Case Number: 08 B 02851 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 2/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: May 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,350.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,197.25 |
| Trustee Fee: | | 152.75 |
| Other Funds: | | 0.00 |
| Totals: | 2,350.00 | 2,350.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Richard S Bass | Administrative | 2,300.00 | 2,197.25 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 23,838.49 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 81.98 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 22.64 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 74.34 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 146.22 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 191.22 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 138.52 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 718.36 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 41.00 | 0.00 |
| 12. | Capital One | Unsecured | 33.22 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 127.20 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 86.11 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 146.28 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 152.03 | 0.00 |
| 17. | Richard S Bass | Administrative | | No Claim Filed |
| 18. | Hillcrest Property Management | Secured | | No Claim Filed |
| 19. | LaSalle Bank NA | Secured | | No Claim Filed |
| 20. | Blackhawk Medical Trans | Unsecured | | No Claim Filed |
| 21. | Illinois Medi Car-Pony Express | Unsecured | | No Claim Filed |
| 22. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 23. | Dominick's Finer Foods | Unsecured | | No Claim Filed |
| 24. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 25. | Illinois Medi Car-Pony Express | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Axelrod, Shirlene M | Case Number: 08 B 02851 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/9/08 | Filed: 2/8/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Wells Fargo Financial | Unsecured | | No Claim Filed |
| 27. | Integrity Direct | Unsecured | | No Claim Filed |
| 28. | Life Star Medicar | Unsecured | | No Claim Filed |
| 29. | JDT Medical Billing Ltd | Unsecured | | No Claim Filed |
| 30. | Jewel Food Stores | Unsecured | | No Claim Filed |
| 31. | Lakeside Nephrology, Ltd | Unsecured | | No Claim Filed |
| 32. | Gerlad Moore Assoc | Unsecured | | No Claim Filed |
| 33. | Malina & Radler | Unsecured | | No Claim Filed |
| 34. | Northland Group Inc | Unsecured | | No Claim Filed |
| 35. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |
| 36. | Superior Air Ground | Unsecured | | No Claim Filed |
| 37. | National City Mortgage Co | Unsecured | | No Claim Filed |
| 38. | TCF Bank | Unsecured | | No Claim Filed |
| 39. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 40. | Advantage Ambulance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,097.61 | $ 2,197.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 152.75 |
| | _____ |
| | $ 152.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____